# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-96 Erie |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| SERGEANT HOLLIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 23, 2018, the Magistrate Judge issued a Report (Doc. 33) recommending that Defendants' motion to dismiss the amended complaint (Doc. 22) be granted and that this case be dismissed. Service of the Report and Recommendation was made, and Plaintiff has filed Objections along with an Appendix. *See* Docs. 34 and 35.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, Objections thereto, and related filings, the following Order is entered:

The Defendants' Motion to Dismiss (Doc. 22) is GRANTED, and the Magistrate Judge's Report and Recommendation (Doc. 33) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 14, 2018                                              s\Cathy Bissoon
                                                            Cathy Bissoon
                                                            United States District Judge


cc (via First-Class, U.S. Mail):

Tyree Lawson
State No. JW2704
SCI Graterford
P.O. Box. 244
Graterford, PA 19426-0244